| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* DR-10-CR-957(1) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 3:18-00027 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Elivira Cruz | Western District of Texas | Del Rio Division |
| | NAME OF SENTENCING JUDGE | |
| | Alia Moses | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM June 1, 2015 — TO May 31, 2018 |

OFFENSE

21 U.S.C. U.S.C. § 952 - Importation of Less than 50 Kilograms of Marijuana

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/29/18
Date

/s/ Alia Moses
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court For The Northern District of Texas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Feb. 16, 2018
Effective Date

/s/ Waverly D. Crenshaw
United States District Judge

Case 3:18-cr-00027  Document 1  Filed 02/16/18  Page 1 of 1 PageID #: 1